UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE TERRELLE JOHNSON,

    Plaintiff,

v.                                                        Case No. 8:05-cv-1812-T-23MAP

DETECTIVE CHRISTY LOMONACO,

    Defendants.
_____/

## ORDER

Andre Johnson filed a civil rights complaint that was *sua sponte* dismissed pursuant to 28 U.S.C. § 1915(e). *Johnson v. Seale*, 8:05-cv-1726-T-23TBM. Afterwards he submitted additional documents that were erroneously assigned a new case number.

Accordingly, the cover letter and additional documents, to the extent they are construed as a supplement to *Johnson v. Seale*, 8:05-cv-1726-T-23TBM, or an attempt to commence a new action, are STRICKEN. This action is DISMISSED. The clerk shall enter a judgment and CLOSE this action.

ORDERED in Tampa, Florida, on October 22nd, 2005.

                                                                       Steven D. Merryday
                                                              UNITED STATES DISTRICT JUDGE

SA/ro